Opinion issued March 16, 2007.

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00203-CV






IN RE W. FULTON BROEMER & ASSOCIATES, L.L.C., AND 

W. FULTON BROEMER, Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 By petition for writ of mandamus, relators, W. Fulton Broemer & Associates,
L.L.C., and W. Fulton Broemer, challenge the trial court's (1) August 18, 2006 final
judgment, in which the court ordered that the clerk issue a writ of possession in favor
of real party in interest, CAMP Wampum.

 We deny the petition for writ of mandamus.

 We deny the motion for emergency relief.


PER CURIAM



Panel consists of Justices Taft, Alcala, and Hanks.

 

1. 
 -